# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRACY HALL, individually and on behalf of all others similarly situated, | ) ) |
| | ) Case No. 1:22-cv-00024 |
| Plaintiff, | ) ) Honorable Martha M. Pacold |
| | ) Magistrate Judge: Hon. Gabriel A. Fuentes |
| v. | ) ) |
| WALGREENS BOOTS ALLIANCE, INC. and WALGREEN CO., | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) ) |

## JOINT STATEMENT

The parties submit this joint statement as requested by the Court in its Order dated May 9, 2024. See Dkt 70. At this time, the briefing before the Washington State Supreme Court has been completed. Oral arguments are set for September 26, 2024.

DMS_US.365024782.1

July 9, 2024

Respectfully submitted,

By: /s/ *Emily Weissenberger*
Emily M. Weissenberger (pro hac vice)
Faegre Drinker Biddle & Reath LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Tel: (415) 591-7500
Fax: (415) 591-7510
emily.weissenberger@faegredrinker.com

Michael F. Healy (pro hac vice)
M. Kevin Underhill (pro hac vice)
Shook, Hardy & Bacon LLP
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281
mfhealy@shb.com
kunderhill@shb.com

William F. Northrip (6315988)
Kathleen M. Ryan (6333276)
Shook, Hardy & Bacon LLP
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
wnorthrip@shb.com
kxryan@shb.com

***Counsel for Defendants Walgreens Boots Alliance, Inc. and Walgreen Co.***

July 9, 2024	Respectfully submitted,

By: */s/ Jonas Jacobson*
Jonas Jacobson
Dovel & Luner, LLP
201 Santa Monica Blvd
Ste 600
Santa Monica CA, CA 90401
(310) 656-7066
Fax: Pro Hac Vice
Email: jonas@dovel. corn


Simon Franzini
Dovel & Luner, LLP
201 Santa Monica Blvd
Ste 600
Santa Monica CA, CA 90401
(310) 656-7066
Fax: Pro Hac Vice
Email: simon@dovel.com


Timothy J. Haller
Haller Law PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
630-336-4283
Fax: Active
Email: haller@haller-iplaw.com

***Counsel for Plaintiff Tracy Hall***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 9, 2024, I filed the foregoing document with the Clerk of the Court using the court's CM/ECF system, which will serve electronic notice upon all parties of record.

/s/ *Emily Weissenberger*
Emily M. Weissenberger
